Opinion by OLIVER, J. In accordance with stipulation of counsel that the items in question consist of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "A" at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal; the items marked "B" at 22½ percent under the provision in said paragraph 397, as modified by T.D. 51802, for articles in chief value of plastic, which most resemble in use manufactures of base metal, by similitude under paragraph 1559, as amended; the items marked "C" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device; and the items marked "D" at 15 percent under the provision in said paragraph 353, as modified by T.D. 51802, for metal articles suitable for producing, rectifying, modifying, controlling, or distributing electrical energy.

No. 69814.—A. C. Gilbert Co. and Milton Snedeker Corp. et al. *v.* United States, protests 64/5566, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the items in question consist of HO equipment similar in all material respects to that the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the merchandise was held dutiable as follows: The items marked "A" at the appropriate rate, depending upon the date of entry, under the provision in paragraph 397, as modified by the General Agreement on Tariffs and Trade (T.D. 51802), or by the Sixth Protocol to the General Agreement on Tariffs and Trade (T.D. 54108), for manufactures in chief value of base metal; the items marked "B" at 22½ percent under the provision in said paragraph 397, as modified by T.D. 51802, for articles in chief value of plastic, which most resemble in use manufactures of base metal, by similitude under paragraph 1559, as amended; the items marked "C" at 13¾ percent under the provision in paragraph 353, as modified by the Torquay Protocol to the General Agreement on Tariffs

and Trade (T.D. 52739), for metal articles having as an essential feature an electrical element or device; and the items marked "D" at 15 percent under the provision in said paragraph 353, as modified by T.D. 51802, for metal articles suitable for producing, rectifying, modifying, controlling, or distributing electrical energy.

BEFORE THE SECOND DIVISION, MARCH 2, 1966

**No. 69815.**—Gosho Trading Company, Inc. *v.* United States, protest 65/8672–15115 (Chicago).

Opinion by RAO, C.J.   It appearing from the official papers that the protest was filed more that 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 69816.**—Borneo Sumatra Trading Co., Inc., et al. *v.* United States, protests 61/15802, etc. (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns similar in all material respects to those the subject of Abstract 69382, the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 7, 1966

**No. 69817.**—Salim Sarkis Dominguez *v.* United States, protests 60/10786, 60/2330, and 60/2325 (Nogales).